HARVEY GESSIN et al., Appellants, v ANNA THRONE-HOLST et al., Defendants, and FRED HAVEMEYER et al., Respondents.

Decided January 7, 2016

Appeal, insofar as taken from that portion of the Appellate Division order that denied plaintiffs' motion for a preliminary injunction, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.